| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **JENKINS & CLAYMAN**<br>Eric J Clayman, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorneys for the Debtor |

Order Filed on October 2, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No: | 14-22638 |
|---|---|---|
| Gary and Kathy Morris<br>Debtor | Chapter: | 13 |
| | Judge: | ABA |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: October 2, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised it is:

ORDERED that _____Jenkins & Clayman_____, the applicant is allowed a fee of $__300.00_____ for services rendered and expenses in the amount of $__6.70_____ for a total of $___306.70_____. The allowance shall be payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $____406.00_____ per month for _____21_____ months to allow for payment of the foresaid fee.

United States Bankruptcy Court
District of New Jersey

In re:
Gary G. Morris
Kathy J. Morris
    Debtors

Case No. 14-22638-ABA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Oct 02, 2017
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2017.
db/jdb     +Gary G. Morris,    Kathy J. Morris,    17 Clinton Street,    Westville, NJ 08093-2170

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2017 at the address(es) listed below:
           Brian C. Nicholas    on behalf of Creditor    Lakeview Loan Servicing, LLC
            bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
           Daniel Brett Sullivan    on behalf of Creditor    USAA Federal Savings Bank BNCmail@w-legal.com
           Daniel Brett Sullivan    on behalf of Creditor    USAA Federal Savings Bank, N.A.
            BNCmail@w-legal.com
           Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC
            bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
           Eric  Clayman    on behalf of Debtor Gary G. Morris jenkins.clayman@verizon.net
           Eric  Clayman    on behalf of Joint Debtor Kathy J. Morris jenkins.clayman@verizon.net
           Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
           Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
            summarymail@standingtrustee.com
           Jeffrey E. Jenkins    on behalf of Joint Debtor Kathy J. Morris jenkins.clayman@verizon.net,
            jenkins.clayman@verizon.net
           Jeffrey E. Jenkins    on behalf of Debtor Gary G. Morris jenkins.clayman@verizon.net,
            jenkins.clayman@verizon.net
           Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC jgoldman@kmllawgroup.com,
            bkgroup@kmllawgroup.com
                                                                                          TOTAL: 11